UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                      :

In re                                                     :        Chapter 11

DELTA AIRLINES, INC., et al.,              :        Case No. 05-17923 (ASH)

                                                    :        Jointly Administered

                       Reorganized Debtors.        :

-------------------------------------------------------------------

VARDE INVESTMENT PARTNERS, L.P.,        :
BEAR STEARNS INVESTMENT PRODUCTS INC.,  :
PAR-FOUR MASTER FUND, LTD., SUNRISE      :
PARTNERS LIMITED PARTNERSHIP, and       :        Adv. Pro. No. 07-03065
CYPRESS MANAGEMENT MASTER LP             :

                         v.                         :

COMAIR, INC., COMAIR HOLDINGS, LLC,        :
COMAIR SERVICES, INC., DELTA AIRELITE     :
BUSINESS JETS, INC., and DELTA CONNECTION :
ACADEMY, INC.                                       :
------------------------------------------------------------------x

      Varde Investment Partners, L.P., Bear Stearns Investment Products Inc., Par-Four Master Fund, Ltd., Sunrise Partners Limited Partnership, and Cypress Management Master LP (collectively, "Plaintiffs"), appeal under 28 U.S.C. § 158 from each and every aspect of the judgment and order of the Honorable Adlai S. Hardin entered in this adversary proceeding on May 2, 2008, dismissing the adversary complaint of Plaintiffs seeking plan revocation.

      The names of all parties to the judgment, order, or decree appealed from are Plaintiffs and Comair, Inc., Comair Holdings, LLC, Comair Services, Inc., Delta AirElite Business Jets, Inc., and Delta Connection Academy, Inc., (collectively, the "Comair Debtors") and the names, addresses and telephone numbers of the attorneys for the Comair Debtors are:

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
Attn:  Richard F. Hahn, Esq. and
     Michael Wiles, Esq.


Dated:  New York, New York
    May 12, 2008

                        WHITE & CASE LLP

                        By:   /s/ Evan C. Hollander
                        Evan C. Hollander (ECH 0191)
                        Andrew W. Hammond (AWH 0415)
                        Douglas P. Baumstein (DB 1948)
                        Lydia E. Lin (LL 2815)
                        1155 Avenue of the Americas
                        New York, New York  10036
                        Telephone:  (212) 819-8200

                        *Counsel to Varde Investment Partners, L.P., Bear Stearns Investment Products Inc., Par-Four Master Fund, Ltd., Sunrise Partners Limited Partnership and Cypress Management Master LP*