UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re

DELTA AIRLINES, INC., et al.,

Reorganized Debtors.

----------------------------------------------------

VARDE INVESTMENT PARTNERS, L.P., BEAR
STEARNS INVESTMENT PRODUCTS INC., PAR-
FOUR MASTER FUND, LTD., SUNRISE PARTNERS
LIMITED PARTNERSHIP, and CYPRESS
MANAGEMENT MASTER LP,

Plaintiffs-Appellants

v.

COMAIR, INC., COMAIR HOLDINGS, LLC,
COMAIR SERVICES, INC., DELTA AIRELITE
BUSINESS JETS, INC., and DELTA CONNECTION
ACADEMY, INC.,

Defendants-Appellees.

------------------------------------------------------------ X

08 Civ. 5260 (MGC)

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

WHEREAS, Varde Investment Partners, L.P., Bear Stearns Investment Products Inc., Par-Four Master Fund, Ltd., Sunrise Partners Limited Partnership and Cypress Management Master LP (collectively, "Appellants") filed a Notice of Appeal on May 12, 2008 appealing from each and every aspect of the judgment and order of the Honorable Adlai S. Hardin issued on May 2, 2008 dismissing Appellants' adversary complaint styled Varde Investment Partners, L.P., et al. v. Comair, Inc. et al., Adv. Pro. No. 07-03065;

WHEREAS, the appeal was entered on the docket of the United States District Court for the Southern District of New York on June 9, 2008;

WHEREAS, Comair, Inc., Comair Holdings, LLC, Comair Services, Inc., Delta AirElite Business Jets, Inc., and Delta Connection Academy, Inc. (collectively, "Appellees" and, together with Appellants, the "Parties"), have agreed to set a briefing schedule for the appeal;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the Parties, by and through their respective attorneys of record herein, as follows:

1. Appellants shall file their opening brief on or before July 9, 2008.

2. Appellees shall file their opposition on or before August 8, 2008.

3. Appellants' reply to such opposition shall be filed on or before August 28, 2008.

AGREED:

| WHITE & CASE, LLP | DEBEVOISE & PLIMPTON, LLP |
|---|---|
| By: _____ | By: _____ |
| Evan C. Hollander (ECH 0191) | Michael E. Wiles |
| Andrew W. Hammond (AWH 0415) | Richard F. Hahn |
| Scott Greissman (SG 8031) | 919 Third Avenue |
| Douglas P. Baumstein (DB 1948) | New York, New York 10022 |
| 1155 Avenue of the Americas | Telephone: (212) 909-6000 |
| New York, New York 10036 | |
| Telephone: (212) 819-8200 | |
| | *Counsel to Comair, Inc., Comair Holdings,* |
| *Counsel to Varde Investment Partners, L.P.,* | *LLC, Comair Services, Inc., Delta AirElite* |
| *Bear Stearns Investment Products Inc., Par-* | *Business Jets, Inc., and Delta Connection* |
| *Four Master Fund, Ltd., Sunrise Partners* | *Academy, Inc.* |
| *Limited Partnership and Cypress* | |
| *Management Master LP* | |

SO ORDERED this 17th day of June, 2008

/s/

_____
HON. MIRIAM G. CEDARBAUM