USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re

DELTA AIRLINES, INC., et al.,

Reorganized Debtors.

------------------------------------------------------------

VARDE INVESTMENT PARTNERS, L.P., BEAR
STEARNS INVESTMENT PRODUCTS INC., PAR-
FOUR MASTER FUND, LTD., SUNRISE PARTNERS
LIMITED PARTNERSHIP, and CYPRESS
MANAGEMENT MASTER LP,

Plaintiffs-Appellants

v.

COMAIR, INC., COMAIR HOLDINGS, LLC,
COMAIR SERVICES, INC., DELTA AIRELITE
BUSINESS JETS, INC., and DELTA CONNECTION
ACADEMY, INC.,

Defendants-Appellees.

------------------------------------------------------------ X

08 Civ. 5260 (MGC)

STIPULATION AND ORDER

WHEREAS, Varde Investment Partners, L.P., Bear Stearns Investment Products Inc., Par-Four Master Fund, Ltd., Sunrise Partners Limited Partnership and Cypress Management Master LP (collectively, "Appellants") filed a Notice of Appeal on May 12, 2008 appealing from each and every aspect of the judgment and order of the Honorable Adlai S. Hardin issued on May 2, 2008 dismissing Appellants' adversary complaint styled Varde Investment Partners, L.P., et al. v. Comair, Inc. et al., Adv. Pro. No. 07-03065;

WHEREAS, the appeal was entered on the docket of the United States District Court for the Southern District of New York on June 9, 2008;

WHEREAS, Comair, Inc., Comair Holdings, LLC, Comair Services, Inc., Delta AirElite Business Jets, Inc., and Delta Connection Academy, Inc. (collectively, "Appellees" and, together with Appellants, the "Parties"), agreed to set a briefing schedule for the appeal, which briefing schedule was set forth in a stipulation so ordered by the Court on June 17, 2008;

WHEREAS, the Parties have now agreed to amend the briefing schedule for the appeal;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties, by and through their respective attorneys of record herein, as follows:

1. Appellants shall file their opening brief on or before July 16, 2008.

2. Appellees shall file their opposition on or before August 15, 2008.

3. Appellants' reply to such opposition shall be filed on or before September 4, 2008.

AGREED:

| WHITE & CASE LLP | DEBEVOISE & PLIMPTON, LLP |
|---|---|
| By: /s/ Andrew Hammond | By: /s/ Richard Hahn |
| Evan C. Hollander (ECH 0191) | Michael E. Wiles |
| Andrew W. Hammond (AWH 0415) | Richard F. Hahn |
| Scott Greissman (SG 8031) | 919 Third Avenue |
| Douglas P. Baumstein (DB 1948) | New York, New York 10022 |
| 1155 Avenue of the Americas | Telephone: (212) 909-6000 |
| New York, New York 10036 | |
| Telephone: (212) 819-8200 | |
| | *Counsel to Comair, Inc., Comair Holdings,* |
| *Counsel to Varde Investment Partners, L.P.,* | *LLC, Comair Services, Inc., Delta AirElite* |
| *Bear Stearns Investment Products Inc., Par-* | *Business Jets, Inc., and Delta Connection* |
| *Four Master Fund, Ltd., Sunrise Partners* | *Academy, Inc.* |
| *Limited Partnership and Cypress* | |
| *Management Master LP* | |

NEWYORK 6689731 (2K)

*Oral argument will be held on September 18, 2008 at 10 A.M. in Courtroom 14A.*

So ordered,
July 8, 2008

/s/
United States District Judge