```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
In re                                                           :   08 Civ. 5260 (MGC)
                                                                :
DELTA AIRLINES, INC., et al.,                                   :   STIPULATION
                                                                :   WITHDRAWING APPEAL
      Reorganized Debtors.                                      :
                                                                :
--------------------------------------------------------------- :
                                                                :
VARDE INVESTMENT PARTNERS, L.P., BEAR                           :
STEARNS INVESTMENT PRODUCTS INC., PAR-                          :
FOUR MASTER FUND, LTD., SUNRISE PARTNERS                        :
LIMITED PARTNERSHIP, and CYPRESS                                :
MANAGEMENT MASTER LP                                            :
                                                                :
                    v.                                          :
                                                                :
COMAIR, INC., COMAIR HOLDINGS, LLC,                             :
COMAIR SERVICES, INC., DELTA AIRELITE                           :
BUSINESS JETS, INC., and DELTA CONNECTION                       :
ACADEMY, INC.                                                   :
                                                                :
--------------------------------------------------------------- X

WHEREAS, Varde Investment Partners, L.P., Bear Stearns Investment Products Inc.,

Par-Four Master Fund, Ltd., Sunrise Partners Limited Partnership and Cypress Management

Master LP (collectively, "Appellants") filed a Notice of Appeal on May 12, 2008;

WHEREAS, the appeal was entered on the docket of the United States District Court for

the Southern District of New York on June 9, 2008 (the "Appeal"); and

WHEREAS, Appellants have agreed to withdraw the Appeal with prejudice.

NOW, THEREFORE, in consideration of the covenants and provisions contained

herein, Appellants, by and through their attorneys of record herein, and Comair, Inc., Comair

Holdings, LLC, Comair Services, Inc., Delta AirElite Business Jets, Inc., and Delta Connection Academy, Inc. (collectively, "Appellees" and, together with Appellants, the "Parties"), by and through their attorneys of record herein, stipulate and agree as follows:

1. The Appeal is hereby withdrawn with prejudice and with the Parties to bear their own costs.

2. The undersigned counsel acknowledge that their respective clients have approved the terms of this Stipulation and have authorized them to execute this document on their behalf.

Dated: July 16, 2008

WHITE & CASE LLP

By: _____
Evan C. Hollander (ECH 0191)
Andrew W. Hammond (AWH 0415)
Douglas P. Baumstein (DB 1948)
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200

*Counsel to Varde Investment Partners, L.P., Bear Stearns Investment Products Inc., Par-Four Master Fund, Ltd., Sunrise Partners Limited Partnership, and Cypress Management Master LP*

DEBEVOISE & PLIMPTON, LLP

By: _____
Michael E. Wiles
Richard F. Hahn
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000

*Counsel to Comair, Inc., Comair Holdings, LLC, Comair Services, Inc., Delta AirElite Business Jets, Inc., and Delta Connection Academy, Inc.*

SO ORDERED:

/s/

_____
U.S.D.J.

Comair Appeal Stipulation.DOC